FILED

03/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0553

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 19-0553

MONTANA ENVIRONMENTAL INFORMATION CENTER, SAVE OUR CABINETS, and EARTHWORKS,

Plaintiffs and Appellees,

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY and MONTANORE MINERALS CORP.,

Defendants and Appellants.

## GRANT OF MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Upon consideration of the unopposed motion by Plaintiffs and Appellees Montana Environmental Information Center, Save Our Cabinets, and Earthworks pursuant to Mont. R. App. P. 12(10) for leave to file an overlength response brief, not to exceed 13,000 words, and for good cause shown, it is hereby ORDERED that the motion is granted; and it is further ORDERED that Appellees may file an expanded response brief not to exceed 13,000 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 26 2020